**Anthony S. COLEMAN, Plaintiff–Appellant,**

v.

**J. BROWN, Deputy Sheriff; Wayne Markham, Food Director; Michael Wade, Sheriff; R. garrison, Grievance Coordinator & Hearing Officer; Michelle Bentley, Kitchen Employee, Defendants–Appellees.**

No. 01–7715.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 5, 2002.

Anthony S. Coleman, Appellant Pro Se.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Anthony S. Coleman appeals the district court's order denying relief on his 42

U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Coleman v. Brown,* No. CA–01–714–AM (E.D.Va. filed Sept. 17, 2001 and entered Sept. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*